GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT          5018-0
  tbenedict@goodsill.com
DAWN T. SUGIHARA          7631-0
  dsugihara@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
LONGS DRUG STORES CALIFORNIA, LLC dba
LONGS DRUGS #9813

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTHA BROVELLI,<br><br>        Plaintiff,<br><br>    vs.<br><br>LONGS DRUG STORES CALIFORNIA, LLC dba LONGS DRUGS #9813; JOHN AND MARY DOES 1-10, and DOE CORPORATIONS, PARTNERSHIPS, or OTHER ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 16CV-00481 KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br>Trial:  October 17, 2017 |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff MARTHA BROVELLI ("Plaintiff") and Defendant LONGS DRUG STORES CALIFORNIA, LLC, dba LONGS DRUGS #9813, by and through their undersigned counsel, and pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that any and all claims in this action be dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

This Stipulation has been signed by counsel for all parties who have made an appearance in this action.

Trial in this matter has been set for October 17, 2017.

DATED: Honolulu, Hawai'i, March 1, 2017.

/s/ Dawn T. Sugihara
THOMAS BENEDICT
DAWN T. SUGIHARA

Attorneys for Defendant
LONGS DRUG STORES
CALIFORNIA, LLC

DATED: Honolulu, Hawaiʻi, March 1, 2017.

/s/ William Fenton Sink
WILLIAM FENTON SINK

Attorney for Plaintiff
MARTHA BROVELLI

APPROVED AND SO ORDERED

Dated: Honolulu, Hawaii, March 3, 2017.



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

*Martha Brovelli v. LONGS DRUG STORES CALIFORNIA, LLC,* Civil No. CV16-00481 KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES